**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| ANN D. YANG, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-1954 (MSN/WEF) |
| | ) | |
| JOHN RATCLIFFE, Director of the Central Intelligence Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, John Ratcliffe, Director, Central Intelligence Agency, through undersigned counsel, hereby respectfully submits this Motion for to Dismiss for Failure to State a Claim, the grounds for which are specified in the accompanying memorandum of law.

Dated: October 15, 2026

Respectfully submitted,

TODD BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT
UNITED STATES ATTORNEY

/s/

*By*: ELIZABETH A. SPAVINS
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3785
Fax: (703) 299-3983
Email: lizzie.spavins@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this date, October 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I certify that I caused a copy of the foregoing to be mailed via first-class mail to *pro se* Plaintiff at the following address:

**Ann D. Yang, Ph.D.**
10449 White Granite Drive, Unit 37
Oakton, VA 22124
PRO SE

/s/______________________
Elizabeth A. Spavins
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tels: (703) 299-3785
Fax: (703) 299-3983
Lizzie.spavins@usdoj.gov
*Counsel for Defendant*