IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANN D. YANG, Ph.D.,
Plaintiff,

v. Civil Action No. 1:26-cv-01954-MSN-WEF

JOHN RATCLIFFE, Director of the Central Intelligence Agency,
Defendant.

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a Surreply, with its Notice of Waiver of Oral Argument and the proposed surreply attached as Exhibit 1, and of Defendant's reply in support of the Motion to Dismiss (Dkt. 33), it is

ORDERED that the motion is GRANTED, and Plaintiff's Surreply in Opposition to Defendant's Motion to Dismiss, attached to the motion as Exhibit 1, is deemed filed as of the date of the motion.

Entered this ___ day of _____________, 2026.
Alexandria, Virginia

_________________________________
United States District Judge