FILED
11/5/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANN D. YANG, Ph.D.,
Plaintiff,

v. Civil Action No. 1:26-cv-01954-MSN-WEF

JOHN RATCLIFFE, Director of the Central Intelligence Agency,
Defendant.

**NOTICE OF WAIVER OF ORAL ARGUMENT**

Under Local Civil Rules 7(E) and 7(J) and Federal Rule of Civil Procedure 78(b), Plaintiff Ann D. Yang, Ph.D., proceeding pro se, waives oral argument on Plaintiff's Motion for Leave to File a Surreply to Defendant's Reply (Dkt. 33), and respectfully submits the motion for decision on the papers.

Ann D. Yang, Ph.D., Plaintiff, Pro Se — Signature of Pro Se Party

Executed on: November 5, 2026 (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANN D. YANG, Ph.D.,
Plaintiff,

v. Civil Action No. 1:26-cv-01954-MSN-WEF

JOHN RATCLIFFE, Director of the Central Intelligence Agency,
Defendant.

**LOCAL RULE 83.1(N) CERTIFICATION**

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of, the documents filed with this submission: this Motion for Leave to File a Surreply to Defendant's Reply (Dkt. 33), with its Notice of Waiver of Oral Argument, Exhibit 1 (the proposed surreply), [Proposed] Order, and Certificate of Service.

Ann D. Yang, Ph.D.
Name of Pro Se Party (Print or Type)

Ann Yang
Signature of Pro Se Party

Executed on: November 5, 2026 (Date)